William M. Audet (SBN 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. GIBRON, III, VICKY STEVENSON, KAREN J. KILBURN, and BILL GRAHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY; and McKESSON CORPORATION,<br><br>Defendants. | CASE NO: C-06-2715-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**<br><br>Hon. Honorable Jeffery S. White |

1  Plaintiffs JOHN G. GIBRON, III, VICKY STEVENSON, KAREN J. KILBURN, and
2  BILL GRAHAM, and FRANCIS GRANT (hereinafter collectively referred to as "Plaintiffs"),
3  and Defendants Eli Lilly and Co., and McKesson Corp. (hereinafter collectively referred to as
4  "Defendants"), by and through their counsel, stipulate to and request a stay of all proceedings in
5  this action pending the transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL
6  No. 1596.

7  This stipulation is applicable solely to Plaintiffs JOHN G. GIBRON, III, VICKY
8  STEVENSON, KAREN J. KILBURN, and BILL GRAHAM, cases, and shall have no effect on
9  any future proceedings in Plaintiffs' cases, or any other case between Plaintiffs' counsel and
10 Defendants. Based on the forgoing, the parties respectfully request that the Court stay this action
11 pending transfer to MDL No. 1596.

13 DATED: May __, 2006                    ALEXANDER, HAWES & AUDET, LLP

15                                         By _____
16                                         Joshua C. Ezrin, Esq.
                                           Attorneys for Plaintiffs

18 DATED: May __, 2006                    REED SMITH, LLP

20                                         By _____
                                           James M. Neudecker, Esq.
                                           Attorneys for Defendants

1  **ORDER**

2   Having considered the forgoing stipulation and good cause appearing therefore, IT IS SO
3  ORDERED that this action is stayed pending transfer of this case to *In re Zyprexa Products*
4  *Liability Litigation*, MDL No. 1596. Defendants' Motion to Stay and Plaintiffs' Motion to
5  Remand, scheduled to be heard on June 9, 2006, are now off calendar.

6

7  DATED: May 16, 2006

8                                          *Jeffrey S. White*
9                                          Honorable Jeffery S. White
                                            UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Ord Gibron.wpd