IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. GIBRON, III,<br><br>    Plaintiff,<br><br>   v.<br><br>MCKESSON CORPORATION, et al.<br><br>    Defendants.<br>_____/ | No. C 06-02715 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On May 16, 2006, this Court granted the parties stipulation to stay this matter pending transfer to MDL proceedings. There has been no further activity in this case, and it has not yet been transferred. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by no later than December 8, 2006, advising the Court of the status of transfer to MDL proceedings.

**IT IS SO ORDERED.**

Dated: November 22, 2006

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE