**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MAY 12 2006

FILED
CLERK'S OFFICE

**CV 06 3469**

## DOCKET NO. 1596

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

**WEINSTEIN, J.**

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-50) MANN, M.J.

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 574 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 6 2006

**CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

06CV 3469

## SCHEDULE CTO-50 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2715 | John G. Gibron, III et al. v. McKesson Corp., et al. |
| CAN 3 06-2782 | Michael Arias, et al. v. McKesson Corp., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 3 06-21 | Jackie Edge v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-262 | Brenda Stubbs, et al. v. Eli Lilly & Co. |
| **INDIANA NORTHERN** | |
| ~~INN 4 06-46~~ | ~~Edwin Perkins, Jr., et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-48~~ | ~~Fredrick Thomas, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-49~~ | ~~Ozella Tabourne, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-50~~ | ~~Lisa Alex, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-51~~ | ~~Maria Parson, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-54~~ | ~~Angela Williams, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-55~~ | ~~Victor Johnson, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-56~~ | ~~Jack Lidikay, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-57~~ | ~~Donette Mace, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-58~~ | ~~John Murnane, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-59~~ | ~~Marie Haney, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-60~~ | ~~Bradford Heck, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-61~~ | ~~Charmane Horton, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-62~~ | ~~Wesley Howard, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-63~~ | ~~Bobby Brown, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-64~~ | ~~Charles Clanton, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-65~~ | ~~Nancy Carpenter, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-66~~ | ~~Maxine Fernandez, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-67~~ | ~~Luella Cramer, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-68~~ | ~~Gordon Smith, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-69~~ | ~~Ray Garrison, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-70~~ | ~~Willie Bracy, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-71~~ | ~~Zanara R. Ross, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-75~~ | ~~Roger Tompkins, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-76~~ | ~~Wayne Trembly, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-77~~ | ~~Angela Albert, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-78~~ | ~~Richard Pagani, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-79~~ | ~~Leslie Carter, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-80~~ | ~~Casey Cade, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-81~~ | ~~Denise Eggleston, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-82~~ | ~~Kathleen Cleary, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-83~~ | ~~David Aguilera, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-84~~ | ~~Roseaner Gresham, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-85~~ | ~~Roger Young, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-86~~ | ~~Patsy Wright, et al. v. Woods, et al.~~ Opposed 6/6/06 |
| ~~INN 4 06-87~~ | ~~Ronald Brassfield, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-88~~ | ~~Michael Capshaw, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-90~~ | ~~Amy Goode, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |
| ~~INN 4 06-91~~ | ~~Lois Anne Shaffer, et al. v. Eli Lilly & Co.~~ Opposed 6/6/06 |

SCHEDULE CTO-50 TAG-ALONG ACTIONS (MDL-1596)                PAGE 2 OF 2

<u>DIST. DIV. C.A. #</u>           <u>CASE CAPTION</u>

LOUISIANA WESTERN
  LAW 5 06-647              Dorothy Miciotto Pedro v. Eli Lilly & Co., et al.

MINNESOTA
  MN 0 06-1440              Donna Young v. Eli Lilly & Co.

PENNSYLVANIA WESTERN
  PAW 2 06-503              Mario L. Nicassio v. Eli Lilly & Co.

TEXAS EASTERN
  TXE 1 06-206              Dianna Booker, etc. v. Eli Lilly & Co., et al.

TEXAS SOUTHERN
  TXS 4 06-1170             John H. Wade, Jr. v. Eli Lilly & Co., et al.
  TXS 4 06-1292             Billy Geaslin v. Eli Lilly & Co.
  TXS 4 06-1293             Barbara Quick v. Eli Lilly & Co.
  TXS 4 06-1294             Don Otto v. Eli Lilly & Co.
  TXS 4 06-1295             Donald Honse v. Eli Lilly Co.
  TXS 4 06-1297             Olan Norman v. Eli Lilly & Co.
  TXS 4 06-1298             Gary Polansky v. Eli Lilly & Co.
  TXS 4 06-1300             Beverly Baker v. Eli Lilly & Co.

WEST VIRGINIA SOUTHERN
  ~~WVS 3 06-298~~             ~~State of West Virginia, ex rel v. Eli Lilly & Co.~~ Opposed 6/6/06